**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JULIO MEJIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-560(MTT)** |
| | ) | |
| **CITY OF SPARTA GEORGIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER TO RECAST

Plaintiff Julio Mejia timely amended his complaint (ECF 4), but Mejia's amended complaint is not a proper amended complaint. Accordingly, his amended complaint (ECF 4) is **DISMISSED** and Mejia is **ORDERED to recast** his complaint by **February 3, 2026.** The Defendants' motion to dismiss Mejia's amended complaint (ECF 5) is **DISMISSED as moot**. Mejia shall not respond to the Defendants' remaining motions to dismiss (ECF 2; 3). Rather, once the recast complaint is filed, the Court will determine whether those motions have been mooted by the recast complaint.

The Court will not look back to the facts alleged in the original complaint once the recast complaint is filed. *Hoefling v. City of Miami*, 811 F.3d 1271, 1277 (11th Cir. 2016) (holding that the filing of an amended pleading renders the previous pleading a "legal nullity"). In the "statement of claims" section of his recast complaint, Mejia must link any claims he makes to the named defendant. If Mejia fails to link the named defendant to a claim, the claim will be dismissed; if Mejia makes no allegations in the body of his complaint against the named defendant, that defendant will be removed from the action and dismissed. Mejia must provide enough facts to plausibly demonstrate that the

defendant's actions or omissions resulted in the violation of his rights under a specific law. In sum, the recast complaint must state what each defendant did (or did not do) to violate his rights; when each act or failure to act occurred; and how Mejia was injured as a result of each defendant's actions.

**SO ORDERED**, this 27th day of January, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT