IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JULIO MEJIA,                                             *

          Plaintiff,                              *

v.                                                              Case No.   5:25-cv-00560-MTT
                                                                *

CITY OF SPARTA GEORGIA et al,

          Defendants.                          *

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated April 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of April, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk